UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH YATZOR | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| TRANSOCEAN OFFSHORE | * | JUDGE |
| DEEPWATER DRILLING, INC. | * | |
| | * | MAGISTRATE |

*************************************************************************

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of Joseph Yatzor, a person of majority age, with respect represents:

1.

Named Defendant herein is TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., (hereinafter "Transocean"), a foreign corporation authorized to do and doing business in the State of Louisiana and this judicial district at all material times.

### FOR A FIRST CAUSE OF ACTION

2.

At all material times, Plaintiff, Joseph Yatzor, was employed by Defendant, Transocean, as a roustabout and member of the crew of the Deepwater Invictus, a 781 foot ultra-deepwater dual-activity drill ship, engaged in her intended service in Green Canyon block 520 on the navigable waters of the Gulf of Mexico off of the Louisiana coast, for which job Plaintiff earned $20.19 per hour plus overtime, found and fringe benefits.

3.

On March 11, 2016, Plaintiff was performing or attempting to perform assigned vessel chores and follow vessel based orders in the construction of a lockable steel cage storage facility aboard the Deepwater Invictus, which facility was to be used to securely stow specialty tools aboard the vessel.

4.

While Plaintiff was participating in construction of the caged storage area, an 8 feet tall, 20 foot long, 450 pound carbon steel fabricated wall fell on top of Plaintiff.

5.

The above-described casualty was caused by the negligence of Defendant, Transocean, due to its failure to provide Plaintiff with a safe place to work aboard the vessel, failure to provide Plaintiff with adequate training to perform his assigned duties, and failure to properly plan the job, as well as the unseaworthiness of the Deepwater Invictus.

6.

The above-described casualty caused Plaintiff to suffer a lumbar spine fracture that required medical treatment and has caused significant and permanent residual physical disability due to severe chronic back pain.

7.

As a consequence of the events and occurrences described herein and the resulting severe and painful injury to his lumbar spine, Plaintiff, Joseph Yatzor, has suffered past and future physical and emotional pain and suffering, permanent physical disability, past lost wages and loss of future earning capacity and fringe benefits, entitling Plaintiff to damages in an amount reasonable under the circumstances of this cause.

8.

Jurisdiction over this first cause of action against Defendant, Transocean, is based upon the Jones Act, 46 U.S.C. §30104, *et seq*. and/or the general maritime law.

**WHEREFORE**, Plaintiff, Joseph Yatzor, prays for judgment in his favor and against Defendant, Transocean Offshore USA, Inc., for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which Plaintiff may be entitled herein.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com

**PLEASE WITHHOLD SERVICE:**

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**